```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 17870
    DEBRA BROOKENS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-7326


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
        The case was filed on 07/11/2008 and was not confirmed.

        The case was dismissed without confirmation 10/09/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV    SECURED VEHIC      10228.00            .00             .00
CONSUMER PORTFOLIO SERV    UNSECURED         NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY             900.14            .00             .00
ASSET ACCEPTANCE           UNSECURED            335.92            .00             .00
CFC FINANCIAL LLC          UNSECURED         NOT FILED            .00             .00
SAFEWAY                    UNSECURED         NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED            3500.00           .00             .00
COMCAST                    UNSECURED         NOT FILED            .00             .00
COMMONWEALTH EDISON        UNSECURED            3923.66           .00             .00
CPS                        UNSECURED         NOT FILED            .00             .00
CREDIT FIRST               UNSECURED         NOT FILED            .00             .00
CREDIT PROTECTION ASSOCI   UNSECURED         NOT FILED            .00             .00
CREDIT PROTECTION ASSOCI   UNSECURED         NOT FILED            .00             .00
CHECK N GO                 UNSECURED         NOT FILED            .00             .00
PEOPLES GAS                UNSECURED         NOT FILED            .00             .00
HOOKED ON PHONICS          UNSECURED         NOT FILED            .00             .00
IQ TELECOM                 UNSECURED         NOT FILED            .00             .00
ETI FINANCIAL CORP         UNSECURED         NOT FILED            .00             .00
UNIVERSITY OF IL MEDICAL   UNSECURED         NOT FILED            .00             .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED            494.88            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED            1442.73           .00             .00
RESURGENT ACQUISITION LL   UNSECURED         NOT FILED            .00             .00
ASSET ACCEPTANCE           UNSECURED             459.24           .00             .00
BYLANE HOME                UNSECURED         NOT FILED            .00             .00
TORRES CREDIT SVC          UNSECURED         NOT FILED            .00             .00
TSI TELEPHONE CO           UNSECURED         NOT FILED            .00             .00
US DEPT OF EDUCATION       UNSECURED         NOT FILED            .00             .00
AT&T                       UNSECURED         NOT FILED            .00             .00
WEST ASSET MANAGEMENT      UNSECURED         NOT FILED            .00             .00
WFCB/BLAIR CATALOG         UNSECURED         NOT FILED            .00             .00
CYNTHIA LOUCIOUS           NOTICE ONLY      NOT FILED             .00             .00
CHECK N GO                 UNSECURED         NOT FILED            .00             .00
BRENDA ECKSTEIN            NOTICE ONLY      NOT FILED             .00             .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 17870 DEBRA BROOKENS
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,474.00                              .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                             161.53

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   161.53

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      161.53
                        ---------------    ---------------
TOTALS                    161.53                   161.53
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
   Dated: 01/27/09                       _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE